UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBYN CASIAS,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:23-CV-05944-JPB-RDC |

## **ORDER ADOPTING NON-FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation [Doc. 22]. This Court finds as follows:

Plaintiff filed this action on December 22, 2023. [Doc. 1]. On February 23, 2024, Defendant filed a Motion to Compel Arbitration and Stay Proceedings. [Doc. 12]. On June 7, 2024, United States Magistrate Judge Regina D. Cannon recommended that Defendant's motion be granted. No objections to the Report and Recommendation have been filed.

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Non-Final Report and Recommendation [Doc. 22] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Compel Arbitration and Stay Proceedings [Doc. 12] is **GRANTED**.

In accordance with the Magistrate Judge's Report and Recommendation, this case is **HEREBY STAYED**; the parties are **ORDERED** to arbitrate their dispute; and the Clerk is **DIRECTED** to administratively close this case for docket management purposes pending the completion of arbitration. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.

**SO ORDERED** this 24th day of June, 2024.

_____
**J. P. BOULEE**
United States District Judge